

# IN THE COURT OF CRIMINAL APPEALS
# OF TEXAS

### NO. WR-59,823-07

### EX PARTE JAMES DOUGLAS JONES, Applicant

### ON APPLICATION FOR A WRIT OF HABEAS CORPUS
### CAUSE NO. 2003-197D IN THE 421ST DISTRICT COURT
### FROM CALDWELL COUNTY

*Per curiam*.

### O R D E R

Pursuant to the provisions of Article 11.07 of the Texas Code of Criminal Procedure, the clerk of the trial court transmitted to this Court this application for a writ of habeas corpus. *Ex parte Young*, 418 S.W.2d 824, 826 (Tex. Crim. App. 1967). Applicant was convicted of aggravated assault on a public servant and sentenced to twenty-five years' imprisonment. The Third Court of Appeals affirmed his conviction. *Jones v. State*, No. 03-08-00683-CR (Tex. App.—Austin Nov. 20, 2009) (not designated for publication).

On February 2, 2016, after we received this application, the Caldwell County District Attorney's Office advised this Court that the trial court intended to hold an evidentiary hearing, appointed counsel to represent Applicant, and signed a bench warrant for Applicant's return to

Caldwell County. The District Attorney's Office urged this Court to remand this application to the trial court.

We remand this application to the 421st District Court of Caldwell County to allow the trial court to complete an evidentiary investigation and enter findings of fact and conclusions of law.

This application will be held in abeyance until the trial court has resolved the fact issues. The issues shall be resolved within 90 days of this order. A supplemental transcript containing all affidavits and interrogatories or the transcription of the court reporter's notes from any hearing or deposition, along with the trial court's supplemental findings of fact and conclusions of law, shall be forwarded to this Court within 120 days of the date of this order. Any extensions of time shall be obtained from this Court.

Filed: February 24, 2016
Do not publish